Filed at [redacted] M
DATE 9/20/17
U.S. DISTRICT COURT
DISTRICT OF GEORGIA

Ronnie Bussey
303 Alunza Street
Douglas, Georgia 31533

Date: 09/16/2017
Phone: (912) 292-6522
Email: ronniebusse@yahoo.com

Complaint / Law Suit Information

This law suit is filed by Ronnie Bussey in the United States District Court of Valdosta, Georgia and, against Equifax Credit Bureau. This law suit is to address the Equifax Credit Bureau's frailer to keep my personal credit information and other personal information protected and private from the general population, dangerous and harmful groups and individuals.

1) A copy of this privacy promise is included with this law suit filing information.

The Equifax Credit Bureau through their privacy policy promised to keep my personal information protected from the general public and other private groups and individuals. On September 17,2017
The Equifax Credit Bureau announced that there was a Cybersecurity Incident that involved consumer information.

1) A copy of this announcement is included with this law suit.

After the announcement was made I found that my information was included in the cyberattack made against the Equifax Credit Bureau.

1) A copy of this information is included with this law suit.

Although there were tools that could have prevented this attack from happening The Equifax Credit Bureau Company failed to take action to protect my personal information. The choice of Equifax Credit Bureau not to take preventive action to protect my personal information put my credit information and other personal information at risk and in harm's way for anyone wishing to do harm to me.

As of this date 09/18/2017 I have no proof that any of my personal information has been used by the person or persons responsible for the attacked on the Equifax Credit Bureau but, I do not know future plans of the attackers and how they will attempt to use my personal and private information in days, months or years from now.

Because of the Equifax Credit Bureau's failed privacy protection promise to protect my private and personal information, I am asking the United States District Court to make a ruling in my favor against the Equifax Credit Bureau for not keep their promise and not taking appropriate steps to keep all of my personal information private.

The dollar amount that I am seeking in this law suit is shown below

Failed to protect my personal information promise ........................ $30,000.00
Court Cost and other Court fees That Apply To This Case to be paid by the defendant
Equifax Credit Bureau in the amount set by the courts ..................... $_____________

To the best of my knowledge all information in this suit is true and correct

Signed by Ronnie Bussey
Date: 09/18/2017

Notarized

CAITLYN M WHITLEY
NOTARY
GEORGIA
PUBLIC
COFFEE COUNTY

My Commission Expires
March 15, 2020